**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

GIADA ALESSANDRA CATERINA                    CIVIL ACTION NO. 26-1161
ZANUTTIG ABOU ASSAF

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

SHAD RICE, ET AL.                            MAGISTRATE JUDGE AYO

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus (Record Document 1) filed by Petitioner Giada Alessandra Caterina Zanuttig Abou Assaf ("Petitioner").  She challenged her immigration detention and sought release from custody.  See id.  On July 10, 2026, Respondents filed a Notice of Mootness informing the Court that ICE has executed Petitioner's removal order, and Petitioner was removed from the United States on June 14, 2026.  See Record Document 6.  Because Petitioner has been removed and is no longer in ICE custody, her habeas petition is now **MOOT**.  See, e.g., Oguntuyi v. Manuel, No. 2:24-CV-1069, 2025 WL 2399184, at *2 (W.D. La. July 21, 2025), report and recommendation adopted, No. 2:24-CV-1069, 2025 WL 2398645 (W.D. La. Aug. 18, 2025) ("Here, Petitioner challenged the lawfulness of his continued detention.  Because Petitioner is no longer detained and has been removed from the United States, the § 2241 petition is moot."); Francis v. Lynch, 622 F. App'x 455, 455-56 (5th Cir. 2015) (challenge to length of detention awaiting removal became moot when the petitioner was removed); Odus v. Ashcroft, 61 F. App'x 121 (5th Cir. 2003) (same).

Accordingly,

**IT IS ORDERED** that Petitioner's Habeas Petition (Record Document 1) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of July, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

2